155 So. 95

## CITY OF BIRMINGHAM v. L. F. DAVIS.
### 6 Div. 577.

Supreme Court of Alabama.
May 24, 1934.

W. J. Wynn and T. A. McFarland, both of Birmingham, for petitioner.

John T. Batten and James Esdale, both of Birmingham, for respondent.

GARDNER, Justice.

Petition of the city of Birmingham for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in City of Birmingham v. Davis, 155 So. 94.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.